# OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

April 18, 2014

**Via ECF and Hand Delivery**
The Honorable Paul A. Crotty
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Aboud, et al. v. Charles Schwab & Co., Inc.*, No. 14 Civ. 2712 (PAC) (FM)

Dear Judge Crotty,

  We represent the Plaintiffs in the above-referenced wage and hour putative class and collective action. Plaintiffs respectfully request permission to file as soon as practicable a motion for preliminary approval of the class settlement reached in this case. Plaintiffs also request permission to file a brief of up to 31 pages in support of Plaintiffs' motion. We believe that a page extension is necessary to set forth the procedural history of the case, explain the terms of the settlement, and address how the settlement meets the standards for preliminary approval. Defendant has consented to both the page extension and the filing of the motion.

            Respectfully submitted,

            s/ Jennifer Liu

            Jennifer Liu

cc:  Diana Tabacopoulos, Esq. (via email)
    Gregg I. Shavitz, Esq. (via email)
    Justin M. Swartz, Esq. (via email)

3 Park Avenue, 29th Floor, New York, NY 10016  Tel 212-245-1000  Fax 646-509-2060
203 North LaSalle Street, Suite 2100, Chicago, IL 60601  Tel 312-924-4888  Fax 646-509-2075
One Embarcadero Center, 38th Floor, San Francisco, CA 94111  Tel 415-638-8800  Fax 415-638-8810
og@outtengolden.com   www.outtengolden.com