# OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4-21-14

April 18, 2014

25 pages ought to be more than sufficient. The request is ~~denied~~ but plaintiffs may move for preliminary approval.

SO ORDERED: 4-21-14

/s/ Paul Crotty

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**Via ECF and Hand Delivery**
The Honorable Paul A. Crotty
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Aboud, et al. v. Charles Schwab & Co., Inc.*, No. 14 Civ. 2712 (PAC) (FM)

Dear Judge Crotty,

We represent the Plaintiffs in the above-referenced wage and hour putative class and collective action. Plaintiffs respectfully request permission to file as soon as practicable a motion for preliminary approval of the class settlement reached in this case. Plaintiffs also request permission to file a brief of up to 31 pages in support of Plaintiffs' motion. We believe that a page extension is necessary to set forth the procedural history of the case, explain the terms of the settlement, and address how the settlement meets the standards for preliminary approval. Defendant has consented to both the page extension and the filing of the motion.

Respectfully submitted,

s/ Jennifer Liu

Jennifer Liu

cc: Diana Tabacopoulos, Esq. (via email)
    Gregg I. Shavitz, Esq. (via email)
    Justin M. Swartz, Esq. (via email)