**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Deirdre Aaron
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

Jennifer L. Liu
One Embarcadero Center, 38th Floor
San Francisco, California 94111
Telephone: (415) 638-8800
Facsimile: (646) 509-2092

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz (admitted *pro hac vice*)
1515 South Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANA ABOUD, WILLIAM HICKS, MICHAEL POROWSKI, and ALBERT SCHWEIZER, individually and on behalf all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>     Defendant. | **No. 14 Civ. 2712 (PAC)** |

**NOTICE OF PLAINTIFFS' MOTION FOR CERTIFICATION OF THE SETTLEMENT
CLASS, FINAL APPROVAL OF THE CLASS ACTION
SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for

Certification of the Settlement Class, Final Approval of the Class Action Settlement, and

Approval of the FLSA Settlement, and in the Declaration of Justin M. Swartz in Support of

Plaintiffs' Motion for Certification of the Settlement Class, Final Approval of the Class Action

Settlement, and Approval of the FLSA Settlement and the supporting exhibits attached thereto,

Plaintiffs respectfully request that the Court enter an Order:

(1)     certifying the following settlement class under Federal Rule of Civil Procedure

23(a) and (b)(3) for purposes of effectuating the settlement (the "Rule 23 Class

Members"): all persons who worked for Schwab in the position of Associate

Financial Consultant or International CDT Financial Consultant in California

from November 7, 2009 to February 15, 2014;

(2)     granting final approval of the Joint Stipulation of Settlement and Release,

attached as Exhibit A to the Swartz Declaration;

(3)     granting final approval of the FLSA settlement; and

(4)     granting any other relief that the Court deems just and proper.

*          *          *

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as

**Exhibit A**, for the Court's convenience.


Dated: October 14, 2014
       New York, New York

Respectfully submitted,
**OUTTEN & GOLDEN LLP**

/s/ Justin M. Swartz
Justin M. Swartz

Justin M. Swartz
Deirdre Aaron
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005

2

Jennifer L. Liu
One Embarcadero Center, 38th Floor
San Francisco, California 94111
Telephone: (415) 638-8800
Facsimile: (646) 509-2092

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz (admitted *pro hac vice*)
1515 S. Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888

**Attorneys for Plaintiffs and the Class and
Putative Collective**