# EXHIBIT D

*Aboud, et al. v. Charles Schwab Co., Inc.*
No. 14 Civ. 2712 (PAC)
Costs Summary

| Outten & Golden LLP Costs Summary | | |
|---|---|---:|
| Computerized Research | $ | 661.73 |
| Court Fees | $ | 533.20 |
| FedEx/UPS | $ | 151.27 |
| Meals | $ | 42.48 |
| Mediation | $ | 9,351.21 |
| Messenger/Process Server | $ | 183.28 |
| Photocopies | $ | 670.45 |
| Postage | $ | 11.80 |
| Telephone/Fax | $ | 3.10 |
| Travel | $ | 6,445.22 |
| **Grand Total** | **$** | **18,053.74** |

| Computerized Research | $ | 661.73 |
|---|---|---:|
| CA Dept of Labor - FOIA RequestResponse | $ | 42.70 |
| Pacer Research - Inv# OG0032-Q12014 | $ | 3.20 |
| Pacer Research - Inv# OG0032-Q22013 | $ | 1.80 |
| Pacer Service Center - Inv# OG0032-Q12013 | $ | 55.90 |
| Pacer Service Center - Inv# OG0032-Q22014 | $ | 13.40 |
| Pacer Service Center - Inv# OG0032-Q42012 | $ | 12.80 |
| Thomson West - Inv# 826324527 -Westlaw Charges - Dec 2012 | $ | 107.89 |
| Thomson West - Inv# 826528310 -Westlaw charges - Jan 2013 | $ | 47.47 |
| Thomson West - Inv# 826712532 -Westlaw - Feb 2013 | $ | 134.35 |
| Thomson West - Inv# 826911903 -March 2013 | $ | 9.24 |
| Thomson West - Inv# 827116649 -Westlaw Charges - April 2013 | $ | 9.43 |
| Thomson West - Inv# 827865190 -Westlaw charges - July 2013 | $ | 2.90 |
| Thomson West - Inv# 827903215 -Westlaw - August 2013 | $ | 55.62 |
| Thomson West - Inv# 828094713 -Westlaw - September 2013 | $ | 24.97 |
| Thomson West - Inv# 829280269 -Westlaw charges - March 2014 | $ | 4.13 |
| Thomson West - Inv# 829468370 -Westlaw - April 2014 | $ | 130.28 |
| Thomson West - Inv# 829647242 -Westlaw charges - May 2014 | $ | 5.65 |
| **Court Fees** | **$** | **533.20** |
| Complaint filing fee - Charles Schwab | $ | 400.00 |
| TypeWrite Word Processing - Inv# 18885 - Charles Schwab | $ | 133.20 |
| **FedEx/UPS** | **$** | **151.27** |
| Fed Ex/UPS | $ | 151.27 |
| **Meals** | **$** | **42.48** |
| 10/15 - JMS - Working lunch w/ JRC & DAA | $ | 34.32 |
| 3/24 - JL - Working lunch | $ | 8.16 |
| **Mediation** | **$** | **9,351.21** |
| 9/10 - JMS - Breakfast | $ | 14.50 |
| 9/11 - JMS - Gogo - Wifi service [Mediation] | $ | 43.90 |
| 9/9 - JMS - Gogo - Wifi service[Mediation] | $ | 26.95 |
| 9/9 - JMS - Working lunch | $ | 15.86 |
| David Rotman - Mediation Services - Charles Schwab - File # 13734 | $ | 9,250.00 |

*Aboud, et al. v. Charles Schwab Co., Inc.*
No. 14 Civ. 2712 (PAC)
**Costs Summary**

| | | |
|---|---|---:|
| **Messenger/Process Server** | $ | **183.28** |
| Breakaway Courier Systems - Inv#  439-488 - April 2014 | $ | 16.70 |
| Breakaway Courier Systems - Inv#  439-502 - May 2014 | $ | 38.65 |
| Breakaway Courier Systems - Inv#  439-517 | $ | 74.45 |
| Breakaway Courier Systems - Inv#  439-553 | $ | 33.10 |
| MASS Communications - Inv# 11105 | $ | 4.86 |
| MASS Communications - Inv# 12067 | $ | 5.01 |
| MASS Communications - Inv# 15160 | $ | 3.73 |
| MASS Communications - Inv# 15704 | $ | 1.44 |
| MASS Communications - Inv# 17961 | $ | 1.71 |
| MASS Communications - Inv# 18542 | $ | 1.16 |
| MASS Communications - Inv# 20913 | $ | 1.08 |
| MASS Communications - Inv# 22727 | $ | 1.39 |
| **Photocopies** | $ | **670.45** |
| Print/Scan/Copy Recovery | $ | 670.45 |
| **Postage** | $ | **11.80** |
| Postage Expense | $ | 11.80 |
| **Telephone/Fax** | $ | **3.10** |
| AT Conference Calls - Inv# 660649-0214 | $ | 3.10 |
| **Travel** | $ | **6,445.22** |
| 11/27 - JMS - Cab fare | $ | 9.70 |
| 5/27 - JMS - Cab fare [PA Hearing] | $ | 47.95 |
| 6/10 - DAA - Late night cab | $ | 25.20 |
| 9/10 - JL - Cab fare | $ | 22.02 |
| 9/11 - DAA - Cab fare [Mediation] | $ | 8.00 |
| 9/11 - DAA - Hotel charges in San Francisco, CA [Mediation] | $ | 1,012.34 |
| 9/11 - DAA - Inflight wifi access [Mediation] | $ | 10.00 |
| 9/11 - JMS - Cab to airport | $ | 59.15 |
| 9/11 - JMS - Hotel charges in San Francisco, CA [Mediation] | $ | 1,639.92 |
| 9/11 - JMS - Ultramar service fee [Mediation] | $ | 60.00 |
| 9/14 - JMS - Airfare to/from San Francisco, CA | $ | 2,661.90 |
| 9/4 - DAA - Airfare to/from SanFrancisco, CA | $ | 692.80 |
| 9/4 - DAA - Ultramar service fee | $ | 40.00 |
| 9/6 - DAA - AMEX Flight insurance premium | $ | 23.99 |
| 9/9 - DAA - Cab fare [Mediation] | $ | 72.25 |
| 9/9 - DAA - Cab to airport [Mediation] | $ | 50.00 |
| 9/9 - DAA - Inflight wifi access [Mediation] | $ | 10.00 |
| **Grand Total** | $ | **18,053.74** |