# EXHIBIT B

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 12/17/2012 | GS | 0.30 | $550.00 | $165.00 | review of file; e-mails with Keith and Abram and Jen |
| 12/18/2012 | GS | 0.40 | $550.00 | $220.00 | review of tolling agreement from Jen - proposed changes to it |
| 12/18/2012 | KS | 0.40 | $450.00 | $180.00 | Review & revise draft Tolling Agreement & revisions to demand letter to Charles Schwab |
| 12/18/2012 | KS | 0.20 | $450.00 | $90.00 | Emails with GJS on scope & definition of Plaintiffs for tolling purposes as well as correspondence to Carrie Dwyer, Esq. - General Counsel at Schwab |
| 12/19/2012 | KS | 0.20 | $450.00 | $90.00 | Review of summary from Jen Liu on call center details, class size & liability overview |
| 1/3/2013 | KS | 0.10 | $450.00 | $45.00 | Review of correspondence to Labor and Workforce Development Agency from Jen Liu and Gregg Shavitz revisions to same |
| 1/4/2013 | KS | 0.10 | $450.00 | $45.00 | Review of SOL issues & email correspondence from Jen Liu re: same |
| 1/5/2013 | KS | 0.10 | $450.00 | $45.00 | Review of Aboud Complaint & Gregg Shavitz email on ordering of Certificates of Good Standing (to be pro hac filed in N.D. California) |
| 1/7/2013 | KS | 0.10 | $450.00 | $45.00 | Review of executed Tolling Agreement & scheduling of possible conference call for 1-8-13 |
| 1/8/2013 | KS | 0.10 | $450.00 | $45.00 | Review with Gregg Shavitz his call with Defense Counsel & Schwab's position on tolling |
| 1/14/2013 | KS | 0.10 | $450.00 | $45.00 | Review of email correspondence from Jen Liu re: Schwab's position on FCs & settlement stance |
| 2/10/2013 | GS | 0.80 | $550.00 | $440.00 | review of D's response to demand; review of Jen's analysis of D's response;   e-mail co-counsel my analysis |
| 3/1/2013 | GS | 0.90 | $550.00 | $495.00 | tracked comments to reply letter to Schwab; e-mail tracked comments to co-counsel |
| 3/15/2013 | KS | 0.10 | $450.00 | $45.00 | Email from Jen Liu re: State of California Labor & Workforce Development Agency and documents from O&G clients |
| 3/17/2013 | GS | 0.10 | $550.00 | $55.00 | e-mail with Jen Liu re: paga claims |
| 3/17/2013 | KS | 0.20 | $450.00 | $90.00 | Email from Jen Liu & review of executed Tolling Agreement |
| 3/27/2013 | KS | 0.20 | $450.00 | $90.00 | Review of email correspondence from Jen Liu re: final demand to Schwab, strategy for same and draft Complaint |
| 3/29/2013 | GS | 1.20 | $550.00 | $660.00 | review of the draft complaint against Schwab - 7 counts - tracked comments - e-mail co-counsel questions |
| 4/7/2013 | GS | 0.40 | $550.00 | $220.00 | review of tolling agreement; tracked revisions; e-mail comments to O&G |
| 4/9/2013 | TO | 0.30 | $100.00 | $30.00 | search for potential witness contact information, review client file, revise document |
| 4/9/2013 | TO | 0.60 | $100.00 | $60.00 | search for potential witness contact information, review client file, revise document |
| 4/12/2013 | GS | 0.30 | $550.00 | $165.00 | review of D's resposive letter |
| 5/24/2013 | GS | 0.10 | $550.00 | $55.00 | e-mail Justin re: data to request from D for mediation |
| 5/24/2013 | GS | 0.30 | $550.00 | $165.00 | review of file; e-mail co-counsel draft letter of data to request from D for mediation purposes |
| 5/24/2013 | SHS | 0.20 | $500.00 | $100.00 | emailform gregg re mediaton data request |
| 6/3/2013 | SHS | 0.20 | $500.00 | $100.00 | review emails from greegg re ,mediation |
| 6/14/2013 | GS | 0.10 | $550.00 | $55.00 | e-mail Justin and Jen Liu re: status of data from D |
| 6/26/2013 | GS | 0.10 | $550.00 | $55.00 | e-mail Justin - status of response from D on data |
| 7/22/2013 | GS | 2.80 | $550.00 | $1,540.00 | Preliminary preparation of documents and materials for pre-litigation mediation |
| 7/22/2013 | SHS | 0.50 | $500.00 | $250.00 | review class list, job descriptions and policies from defendnat for mediation |
| 7/26/2013 | GS | 0.10 | $550.00 | $55.00 | e-mail with Justin re: mediation date |
| 8/9/2013 | KS | 0.20 | $450.00 | $90.00 | E-mail from Jennifer Liu, Esq. & Review of damages breakdowns & VP-Financial Consultants liability exposure/inclusion considerations for Mediation |
| 8/12/2013 | GS | 3.60 | $550.00 | $1,980.00 | Interview clients (x7) to prepare Declarations for mediation |
| 8/14/2013 | GS | 5.20 | $550.00 | $2,860.00 | Prepare client Declarations (x7) |
| 8/16/2013 | GS | 2.80 | $550.00 | $1,540.00 | Follow up interviews with clients re Declarations |
| 8/17/2013 | GS | 0.10 | $550.00 | $55.00 | e-mail co-counsel about mediation statements |
| 8/17/2013 | GS | 0.10 | $550.00 | $55.00 | coordinated travel and hotels for mediation |
| 8/19/2013 | GS | 4.30 | $550.00 | $2,365.00 | Revise Declarations |
| 8/22/2013 | GS | 2.30 | $550.00 | $1,265.00 | Further revisions to Declarations |
| 8/22/2013 | PM | 0.50 | $300.00 | $150.00 | Review of case and client files to prepare declarations to be filed in support of mediation. |
| 8/23/2013 | PM | 0.30 | $300.00 | $90.00 | Prepared memo to paralegal re: case status summary and finalizing witness declarations. |
| 8/23/2013 | PM | 0.20 | $300.00 | $60.00 | Meeting with Jeidy re: contacting clients to draft and finalize declarations in support of mediation brief. |
| 8/23/2013 | PM | 0.10 | $300.00 | $30.00 | Email with co-counsel re: following up with witnesses to finalize declarations. |
| 8/23/2013 | PM | 0.30 | $300.00 | $90.00 | Drafted email to clients to finalize declarations. |
| 8/23/2013 | JR | 0.50 | $100.00 | $50.00 | Meeting with Paolo Meireles & LB re: Declarations; Draft intitial Email to  contacts |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 8/23/2013 | JR | 0.10 | $100.00 | $10.00 | Email to Dana Aboud re: Declaration |
| 8/23/2013 | JR | 0.30 | $100.00 | $30.00 | Email to Will Creekmur re: Declaration & Telephone conference with witness |
| 8/23/2013 | JR | 0.10 | $100.00 | $10.00 | Email to Ed Hilderbrand re: Declaration |
| 8/23/2013 | JR | 0.10 | $100.00 | $10.00 | Email to Peyre Lumpkin re: Declaration / witness response |
| 8/23/2013 | JR | 0.10 | $100.00 | $10.00 | Email to Bill Hicks re: Declaration |
| 8/23/2013 | JR | 0.10 | $100.00 | $10.00 | Email to Michael Porowitz re: Declaration |
| 8/26/2013 | GS | 5.20 | $550.00 | $2,860.00 | Revise and identify additional areas for clarification for Paolo to handle |
| 8/26/2013 | PM | 0.50 | $300.00 | $150.00 | Editing of draft declarations of Creekmur and Lumpkin in support of mediation. |
| 8/26/2013 | JR | 1.00 | $100.00 | $100.00 | Charles Schwab Declaration - Lumpkin, Peyre |
| 8/26/2013 | JR | 1.00 | $100.00 | $100.00 | Charles Schwab Declaration - Creekmur, William |
| 8/27/2013 | PM | 0.70 | $300.00 | $210.00 | Editing of declarations of Creekmur and Lumpkin. |
| 8/27/2013 | PM | 0.40 | $300.00 | $120.00 | Email with Hildebrand re: scheduling meeting to finalize declaration. |
| 8/27/2013 | PM | 0.20 | $300.00 | $60.00 | Email with Lumpkin x2 re: finalizing declaration. |
| 8/27/2013 | PM | 0.20 | $300.00 | $60.00 | Email with Hilderbrand re: finalizing declaration. |
| 8/27/2013 | PM | 1.00 | $300.00 | $300.00 | Call with Hildebrand re: drafting and finalizing declaration.  Drafting and finalizing declaration. |
| 8/27/2013 | JR | 0.40 | $100.00 | $40.00 | Email to  Charles Schwab claimaint - info needed |
| 8/27/2013 | JR | 0.10 | $100.00 | $10.00 | Email to  Michael Porowski - Charles Schwab |
| 8/27/2013 | JR | 0.00 | $100.00 | $0.00 | Email to  Will Creekmur - Declaration final for review & signature |
| 8/27/2013 | JR | 0.00 | $100.00 | $0.00 | Email to  Peyre Lumpkin- Declaration final for review & signature |
| 8/28/2013 | PM | 0.10 | $300.00 | $30.00 | Email x2 re: status of having witness declarations signed. |
| 8/28/2013 | PM | 0.20 | $300.00 | $60.00 | Editing of Porowski declaration in support of mediation. |
| 8/28/2013 | PM | 1.00 | $300.00 | $300.00 | Call with Aboud re: finalizing declaration in support of mediation.  Drafted declaration in support of mediation for Aboud. |
| 8/28/2013 | PM | 0.20 | $300.00 | $60.00 | Call and email to Hicks,and Schweizer re: finalizing declaration in support of mediation. |
| 8/28/2013 | PM | 0.10 | $300.00 | $30.00 | Call with Creekmur re: reviewing and executing declaration in support of mediation. |
| 8/28/2013 | PM | 0.60 | $300.00 | $180.00 | Call with Hicks re: drafting and finalizing declaration.  Finalized Hicks declaration. |
| 8/28/2013 | JR | 1.00 | $100.00 | $100.00 | Telephone conference with Porowski re: declaration |
| 8/28/2013 | JR | 0.20 | $100.00 | $20.00 | In receipt of Peyre Lumpkins signed VP/ saved to file |
| 8/29/2013 | PM | 0.30 | $300.00 | $90.00 | Finalzing and reviewing declarations to submit in support of mediation. |
| 8/29/2013 | PM | 0.30 | $300.00 | $90.00 | Call with Creekmur to finalize declaration. |
| 8/29/2013 | PM | 0.40 | $300.00 | $120.00 | Finalizing witness declarations in support of mediation. |
| 8/29/2013 | PM | 0.50 | $300.00 | $150.00 | Call with Schweizer to finalize declaration in support of mediation. Finalized declaration in support of mediation. |
| 8/29/2013 | JR | 0.30 | $100.00 | $30.00 | CHARLES SCHWAB DECLARATION VP'S  SAVED TO FILE |
| 8/29/2013 | JR | 0.20 | $100.00 | $20.00 | telephone conference with Willliam Creekmur RE: DECLARATION EDITS NEEDED |
| 8/29/2013 | JR | 0.20 | $100.00 | $20.00 | Telephone conference with Albert Schweizer - declaration needed |
| 8/30/2013 | PM | 0.30 | $300.00 | $90.00 | Finalizing Schweizer declaration. Review of executed declaration. |
| 8/31/2013 | GS | 1.90 | $550.00 | $1,045.00 | edits to mediation statement; tracked comments to co-counsel |
| 8/31/2013 | KS | 0.20 | $450.00 | $90.00 | Review of Draft Mediation Statement & E-mail to Gregg Shavitz re:  delivery revision |
| 9/2/2013 | PM | 0.20 | $300.00 | $60.00 | Email with Albert x2 re: finalizing declaration. |
| 9/3/2013 | GS | 1.00 | $550.00 | $550.00 | Prepare letter of David Rotman |
| 9/3/2013 | SHS | 0.50 | $500.00 | $250.00 | review draft mediation statement |
| 9/4/2013 | GS | 1.20 | $550.00 | $660.00 | review of damage computations;   review of incentive compensation models |
| 9/6/2013 | GS | 1.30 | $550.00 | $715.00 | prep of mediation binder |
| 9/9/2013 | GS | 8.00 | $550.00 | $4,400.00 | travel from florida to san fran for meidation, including to airport in florida, flight to san fran, transfer to hotel |
| 9/10/2013 | GS | 14.00 | $550.00 | $7,700.00 | mediation - started at 9:30am; left for it at 9am - continued till 11pm |
| 9/10/2013 | GS | 6.50 | $550.00 | $3,575.00 | travel home to floirda |
| 9/18/2013 | SHS | 0.10 | $500.00 | $50.00 | emailf rom justni re his callwtih diana re class and release periods and tollling |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 9/18/2013 | SHS | 0.10 | $500.00 | $50.00 | email form gregg re VP clinetsn affirmative defenses recalss |
| 9/25/2013 | GS | 0.30 | $550.00 | $165.00 | e-mails x 3 with Justin re: questions and issues in settlement drafting processs and details ofthe deal |
| 9/25/2013 | SHS | 0.10 | $500.00 | $50.00 | emailf rom justin re settleent terms and tolling |
| 9/25/2013 | SHS | 0.10 | $500.00 | $50.00 | emailf orm jen re allocation formula |
| 9/25/2013 | SHS | 0.20 | $500.00 | $100.00 | emasil with group re settlement terms |
| 10/17/2013 | GS | 1.20 | $550.00 | $660.00 | e-mails x2 with Justin about end point to weeks at issue in the settlement, and incentive award issues; memo to file re same; conference with Susan and Paolo re action pla |
| 11/13/2013 | GS | 1.50 | $550.00 | $825.00 | Receipt and review of Defendant's term sheet |
| 12/10/2013 | PM | 0.20 | $300.00 | $60.00 | Review of opposing counsel's changes to term sheet. |
| 12/10/2013 | PM | 0.60 | $300.00 | $180.00 | Editing damages chart exhibit for mediation statement. |
| 12/10/2013 | PM | 1.00 | $300.00 | $300.00 | Continued editing of mediation statement. |
| 1/1/2014 | GS | 0.20 | $550.00 | $110.00 | review of term sheet and Justin's e-mail about review of draft settlement agreement; e-mail co-counsel about particularities of HSBC model if it works for Schwab |
| 1/7/2014 | GS | 0.30 | $550.00 | $165.00 | revisions to draft complaint |
| 1/9/2014 | SHS | 0.30 | $500.00 | $150.00 | review draft notice and comments to smae form gregg shavitz |
| 1/13/2014 | GS | 0.40 | $550.00 | $220.00 | revisiosn to claim form; e-mails co-counsel |
| 1/23/2014 | GS | 0.30 | $550.00 | $165.00 | revisions to administrator proposal request |
| 1/27/2014 | GS | 0.50 | $550.00 | $275.00 | revisions to form of notice for settlement and claim form; e-mail edits to co-counsel |
| 2/25/2014 | GS | 1.50 | $550.00 | $825.00 | review and revisions to settlement agreement; notice and claim form; e-mail Jen for some comments and highlight some issues; further review of the Notice which Jen ind give most focus;  e-mail x3 comments to co-counsel |
| 2/26/2014 | SHS | 0.30 | $500.00 | $150.00 | review gregg shavitz edits to proposed notice |
| 4/20/2014 | GS | 1.00 | $550.00 | $550.00 | Review of file; prepare action list |
| 4/23/2014 | GS | 1.50 | $550.00 | $825.00 | Prepare Motion for Pro Hac Vice Motion, Certificate of Good Standing; receipt and review of Order granting same |
| 4/23/2014 | JS | 0.30 | $125.00 | $37.50 | Preparation of Motion for Pro hac for Gregg Shavitz & the Proposed order. Cert of Good Standing on file. Sent Gregg the Docket also in this case and a copy of the Complain signature block as pro hac forthcoming. |
| 4/23/2014 | JS | 0.10 | $125.00 | $12.50 | Electronic Notice of Filing of MOTION for Gregg I. Shavitz, Esq. to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-9594315. Motion and supporting papers to Document filed by Dana Aboud, William Hicks, Michael Porowski, Albert Schweizer.(Shavitz, Gregg) |
| 4/23/2014 | JS | 0.10 | $125.00 | $12.50 | Initial receipt and docketing of paperless >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. [6] MOTION for Gregg I. Shavitz, Esq. to Appear Pro Hac number 0208-9594315. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu) |
| 4/23/2014 | JS | 0.10 | $125.00 | $12.50 | Initial receipt and docketing of Paperless ORDER granting [6] Motion for Gregg I. Shavitz to Appear Pro Hac Vice (HEREBY ORDERED by Judge Paul A. Crotty)(Text Only Order |
| 4/30/2014 | GS | 2.30 | $550.00 | $1,265.00 | Review, prepare and revise Motion for Preliminary Approval and Memorandum in support of same; Declaration of Justin Swartz |
| 5/1/2014 | GS | 1.00 | $550.00 | $550.00 | Continute to review and revise Motion for Preliminary Approval and Memo and documents and declarations in support of same |
| 5/2/2014 | GS | 1.70 | $550.00 | $935.00 | Further revisions to Motion and Memo for Preliminary Approval |
| 5/5/2014 | GS | 2.00 | $550.00 | $1,100.00 | Revise and proof Motion, Memo and documents in support of preliminary approval |
| 5/7/2014 | GS | 1.70 | $550.00 | $935.00 | Finalize Motion, Memo and documents in support of preliminary approval |
| 5/8/2014 | JS | 0.10 | $125.00 | $12.50 | Initial receipt and docketing of MOTION for Settlement for Preliminary Approval of Class Action Settlement, Conditional Certification of the Settlement Class, Appointment Counsel, and Approval of Plaintiffs' Proposed Notices of Settlement. Document filed by Dana Aboud, William Hicks, Michael Porowski, Albert Schweizer. (Attachments: # (1) |
| 5/8/2014 | JS | 0.10 | $125.00 | $12.50 | Initial receipt and docketing of MEMORANDUM OF LAW in Support re: [8] MOTION for Settlement for Preliminary Approval of Class Action Settlement, Conditional Certifica Appointment of Plaintiffs' Counsel As Class Counsel, and Approval of Plaintiffs' Proposed Notices of Settlement . Document filed by Dana Aboud, William Hicks, Michael Por Justin) |
| 5/8/2014 | JS | 0.10 | $125.00 | $12.50 | Initial receipt and docketing of DECLARATION of Justin M. Swartz in Support re: [8] MOTION for Settlement for Preliminary Approval of Class Action Settlement, Conditional Appointment of Plaintiffs' Counsel As Class Counsel, and Approval of Plaintiffs' Proposed Notices of Settlement. Document filed by Dana Aboud, William Hicks, Michael Porc (Attachments: # (1) Exhibit A, # (2) Exhibit B)(Swartz, Justin) |
| 5/8/2014 | JS | 0.10 | $125.00 | $12.50 | Initial receipt and docketing of DECLARATION of Gregg I. Shavitz in Support re: [8] MOTION for Settlement for Preliminary Approval of Class Action Settlement, Conditional C Appointment of Plaintiffs' Counsel As Class Counsel, and Approval of Plaintiffs' Proposed Notices of Settlement. Document filed by Dana Aboud, William Hicks, Michael Porc (Attachments: # (1) Exhibit A)(Swartz, Justin) |
| 5/9/2014 | GS | 0.30 | $550.00 | $165.00 | Receipt and review of Order regarding Pretrial Conference; conference with Keith Stern re same |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 5/9/2014 | JS | 0.10 | $125.00 | $12.50 | Initial receipt and docketing of paperless Calendar Entry: A Pretrial Conference to discuss the pending Motion to Preliminary Approve the Settlement, Conditional Certification, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Plaintiff's Propose Notices of Settlement is scheduled to go forward on: Thursday, May 22, 2014 at 04:00 Street before Judge Paul A. Crotty, U.S.D.J. Requests for adjournment of the conference will be considered if made in writing and in accordance with Judge Crotty's Individual TO THIS ENTRY (By: Marlon Ovalles - Courtroom Deputy). (mov) …saved and calendared |
| 5/13/2014 | GS | 0.30 | $550.00 | $165.00 | Receipt and review of Defendant's Corporate Disclosure Statement |
| 5/13/2014 | GS | 0.20 | $550.00 | $110.00 | Receipt and review of Notice of Appearance of Attorney Usenheimer |
| 5/13/2014 | GS | 0.30 | $550.00 | $165.00 | Receipt and review of Motion for Pro Hac Vice admission by Attorney Tabacopolour |
| 5/13/2014 | JS | 0.10 | $125.00 | $12.50 | Initial receipt and docketing of RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent The Charles Schwab Corporation, Corporate Parent Schwab Hol Inc.. Document filed by Charles Schwab & Co., Inc..(Usenheimer, Gena) |
| 5/13/2014 | JS | 0.10 | $125.00 | $12.50 | Initial receipt and docketing of NOTICE OF APPEARANCE by Gena Brooke Usenheimer on behalf of Charles Schwab & Co., Inc.. (Usenheimer, Gena) |
| 5/13/2014 | JS | 0.10 | $125.00 | $12.50 | Initial receipt and docketing of MOTION for Diana Tabacopoulos to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-9664205. Motion and supporting papers Document filed by Charles Schwab & Co., Inc.. (Attachments: # (1) Exhibit A - Certificate of Good Standing, # (2) Exhibit B - Proposed Order)(Tabacopoulos, Diana) |
| 5/15/2014 | GS | 0.30 | $550.00 | $165.00 | Receipt and review of Corrected Motion for Pro Hac Vice |
| 5/15/2014 | JS | 0.10 | $125.00 | $12.50 | Initial receipt and docketing of MOTION for Diana Tabacopoulos to Appear Pro Hac Vice Corrected Motion to Appear Pro Hac Vice. Motion and supporting papers to the revi Document filed by Charles Schwab & Co., Inc.. (Attachments: # (1) Exhibit A - Certificate of Good Standing, # (2) Exhibit B - Proposed Order)(Tabacopoulos, Diana) |
| 5/16/2014 | GS | 0.20 | $550.00 | $110.00 | Receipt and review of Order granting Corrected Motion for Pro Hac Vice admission |
| 5/16/2014 | GS | 0.50 | $550.00 | $275.00 | Receipt and review of Letter Motion re Pretrial Conference |
| 5/16/2014 | JS | 0.10 | $125.00 | $12.50 | Initial receipt and docketing of paperless ORDER granting [15] Motion for Diana Tabacopoulos to Appear Pro Hac Vice (HEREBY ORDERED by Judge Paul A. Crotty)(Text Only Initial receipt and docketing of CONSENT LETTER MOTION to Adjourn Conference , addressed to Judge Paul A. Crotty from Diana Tabacopoulos dated May 16, 2014. Docum |
| 5/16/2014 | JS | 0.10 | $125.00 | $12.50 | Inc..(Tabacopoulos, Diana) |
| 5/19/2014 | GS | 0.20 | $550.00 | $110.00 | Receipt and review of Order granting adjournment of Pretrial Conference |
| 5/19/2014 | JS | 0.10 | $125.00 | $12.50 | Initial receipt and docketing of paperless ORDER granting [17] Letter Motion to Adjourn Conference. The 05/22/14 conference is adjourned to: Tuesday, May 27, 2014 at 04 Street, New York, NY 10007 before Judge Paul A. Crotty. (HEREBY ORDERED by Judge Paul A. Crotty)(Text Only Order) (Crotty, Paul) --calendared |
| 5/27/2014 | GS | 1.50 | $550.00 | $825.00 | Preparation for Interimm Pretrial Conference |
| 5/27/2014 | SHS | 0.10 | $500.00 | $50.00 | email form jen re loadstar |
| 5/29/2014 | GS | 0.20 | $550.00 | $110.00 | Receipt and review of Order re Interim Pretrial Conference |
| 5/29/2014 | JS | 0.10 | $125.00 | $12.50 | Initial receipt and docketing of Minute Entry for proceedings held before Judge Paul A. Crotty: Interim Pretrial Conference held on 5/27/2014. REMARK: The parties shall no papers have been revised. See transcript for complete details of this proceeding. The transcript "order form" is attached to this entry. In the alternative, visit----- http://www.nysd.uscourts.gov/courtrm_tech.php -----with respect to ordering a transcript of a recorded proceeding via "Courtflow." (mov) |
| 6/2/2014 | GS | 1.00 | $550.00 | $550.00 | review of revised settlement agreement, and claim forms for both classes; e-mail comments to Jen Liu |
| 6/2/2014 | GS | 0.50 | $550.00 | $275.00 | Review and revise Letter Motion for Extension |
| 6/5/2014 | GS | 0.30 | $550.00 | $165.00 | Receipt and review of Letter Motion for Extension |
| 6/5/2014 | GS | 0.20 | $550.00 | $110.00 | Receipt and revise of Order granting Motion for Extension |
| 6/5/2014 | JS | 0.10 | $125.00 | $12.50 | Initial receipt and docketing of LETTER MOTION for Extension of Time to File Revised Preliminary Approval Papers addressed to Judge Paul A. Crotty from Justin M. Swartz d Dana Aboud, William Hicks, Michael Porowski, Albert Schweizer.(Swartz, Justin) |
| 6/5/2014 | JS | 0.10 | $125.00 | $12.50 | Initial receipt and docketing of ORDER granting [20] Letter Motion for Extension of Time to File: SO ORDERED. (Signed by Judge Paul A. Crotty on 6/5/2014) (tn) |
| 6/6/2014 | GS | 2.00 | $550.00 | $1,100.00 | Review, revise and prepare Revised Motion for Preliminary Approval and Memo in Support of Same |
| 6/9/2014 | GS | 1.20 | $550.00 | $660.00 | Continue to review and revise Revised Motion for Preliminary Approval and Memo |
| 6/10/2014 | GS | 2.30 | $550.00 | $1,265.00 | Further revisions to Revised Motion for Preliminary Approval and Memo |
| 6/10/2014 | GS | 1.00 | $550.00 | $550.00 | Prepare Declaration of Gregg I Shavitz |
| 6/11/2014 | GS | 2.10 | $550.00 | $1,155.00 | Revise Declarations and Motion and Memo for Approval |
| 6/13/2014 | GS | 2.00 | $550.00 | $1,100.00 | Proof and finalize Revised Motion for Preliminary Approval and Memo in support of same, as well as Declarations and other supporting documents |
| 6/16/2014 | RA | 0.10 | $100.00 | $10.00 | Initial receipt and docketing of Docket Text: MOTION for Settlement Plaintiffs' Revised Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of the Settlement Class, Appointment of Pla Approval of Plaintiffs' Proposed Notices of Settlement. Document filed by Dana Aboud, William Hicks, Michael Porowski, Albert Schweizer.(Swartz, Justin) |

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 6/16/2014 | RA | 0.10 | $100.00 | Initial receipt and docketing of Docket Text: MOTION for Settlement Plaintiffs' Revised Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of the Settlement Class, Appointment of Pla |
| 6/16/2014 | RA | 0.10 | | $10.00 Approval of Plaintiffs' Proposed Notices of Settlement. Document filed by Dana Aboud, William Hicks, Michael Porowski, Albert Schweizer. (Attachments: # (1) Exhibit A)(Sw |
| 6/16/2014 | RA | 0.10 | $100.00 | Initial receipt and docketing of Docket Text: MEMORANDUM OF LAW in Support re: [23] MOTION for Settlement Plaintiffs' Revised Motion for Preliminary Approval of Class Action Settlement, Conditional Certification Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Plaintiffs' Proposed Notices of Settlement. Document filed by Dana Aboud, William Hicks, Michael Poro |
| 6/16/2014 | RA | 0.10 | | $10.00 Justin) |
| 6/16/2014 | RA | 0.10 | $100.00 | Initial receipt and docketing of Docket Text: DECLARATION of Justin M. Swartz in Support re: [23] MOTION for Settlement Plaintiffs' Revised Motion for Preliminary Approval of Class Action Settlement, Conditional Cer Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Plaintiffs'. Document filed by Dana Aboud, William Hicks, Michael Porowski, Albert Schweizer. (Attachm |
| 6/16/2014 | RA | 0.10 | $100.00 | $10.00 (3) Exhibit C](Swartz, Justin) |
| 6/17/2014 | GS | 0.20 | $550.00 | $110.00 Receipt and revise of Order re Pretrial Conference |
| | | | | Initial receipt and docketing of Docket Text: Calendar Entry: A Pretrial Conference to discuss the pending Motion to Preliminary Approve the Settlement, Conditional Certification of the Settlement Class, Appoint Counsel, and Approval of Plaintiff's Propose Notices of Settlement is scheduled to go forward on: Tuesday, June 24, 2014 at 03:45 PM in Courtroom 11D, 500 Pearl Street b Requests for adjournment of the conference will be considered if made in writing and in accordance with Judge Crotty's Individual Practices. A PDF IS NOT ATTACHED TO TH |
| 6/18/2014 | RA | 0.10 | $100.00 | $10.00 Courtroom Deputy).(mov) |
| 6/30/2014 | RC | 0.10 | $100.00 | $10.00 Saved docs to pleading folder |
| 8/1/2014 | GS | 1.00 | $550.00 | $550.00 Prepare Joint Stipulation of Settlement |
| 8/2/2014 | GS | 0.50 | $550.00 | $275.00 Review and revise Joint Stipulation of Settlement |
| 8/3/2014 | GS | 1.00 | $550.00 | $550.00 Proof and finalize Joint Stipulation of Settlement |
| 8/4/2014 | RA | 0.20 | $100.00 | $20.00 Correspondence to co counsel sending Joint Stipulation signed by Gregg Shavitz |
| 8/6/2014 | GS | 0.20 | $550.00 | $110.00 Receipt and review of Letter from Justin Swartz to Judge Crotty re Joint Stipulation for Settlement |
| 8/6/2014 | TO | 0.10 | $100.00 | initial receipt and docketing of LETTER addressed to Judge Paul A. Crotty from Justin M. Swartz dated August 4, 2014 re: Revised Settlement Agreement. Document filed by $10.00 Porowski, Albert Schweizer. (Attachments: # (1) Exhibit A) |
| 8/14/2014 | GS | 0.20 | $550.00 | $110.00 Receipt and review of Letter from Justin Swartz to Judge Crotty |
| | | | | initial receipt and docketing of LETTER addressed to Judge Paul A. Crotty from Justin M. Swartz dated 8/14/2014 re: Notice to Class Members. Document filed by Dana Abou |
| 8/15/2014 | TO | 0.10 | $100.00 | $10.00 Albert Schweizer. (Attachments: # (1) Exhibit A, # (2) Exhibit B)(Swartz, Justin) |
| 8/19/2014 | GS | 0.20 | $550.00 | $110.00 Receipt and review of Memo endorsement of August 14 Letter |
| | | | | initial receipt and docketing of MEMO ENDORSEMENT on re: [35] Letter, filed by Albert Schweizer, Michael Porowski, Dana Aboud, William Hicks. ENDORSEMENT: lette |
| 8/19/2014 | TO | 0.10 | $100.00 | $10.00 be sent as proposed (Signed by Judge Paul A. Crotty on 8/15/2014) |
| 10/1/2014 | SHS | 0.40 | $500.00 | $200.00 reiew orderinas settleemtn agremetn and emaislwith gregg and renata re dates to submitmotoin for final approval, filing of supporting declaration and fee ledger |
| 10/1/2014 | SHS | 0.20 | $500.00 | $100.00 confwith renata re schwab declaration |
| 10/1/2014 | SHS | 0.30 | $500.00 | $150.00 reivew, edit nad commetn on draft decaration in s suport of final approval |
| 10/1/2014 | RA | 0.10 | $100.00 | $10.00 Review deadlines and email to Susan Stern to set meeting re Gregg Shavitz declaration |
| 10/1/2014 | RA | 0.10 | $100.00 | $10.00 Telephone conference with Susan re preparing Gregg's declaration |
| 10/1/2014 | RA | 0.40 | $100.00 | $40.00 Review case caption and counsel, prepare Gregg's Declaration and send to Susan Stern for revision |
| 10/3/2014 | TO | 0.10 | $100.00 | initial receipt and docketing of LETTER addressed to Judge Paul A. Crotty from Justin M. Swartz dated October 1, 2014 re: Request to Set a Deadline to File Motions for Final Service Awards, and Approval of Attorneys' Fees. Document filed by Dana Aboud, William Hicks, Michael Porowski, Albert Schweizer; initial receipt and docketing of MEMO filed by Albert Schweizer, Michael Porowski, Dana Aboud, William Hicks. ENDORSEMENT: SO ORDERED. (Motions due by 10/13/2014. Responses due by 10/17/2014. (Signe $10.00 10/2/2014) (tn |
| 10/6/2014 | GS | 0.50 | $550.00 | $275.00 review of motion for final approval; few tracked comments |
| 10/7/2014 | SHS | 0.10 | $500.00 | $50.00 emailf rom gregg re cases to cite in declaration |
| 10/8/2014 | SHS | 0.10 | $500.00 | $50.00 emasilwtih group re declarations |
| 10/8/2014 | SHS | 0.30 | $500.00 | $150.00 review declaration of gregg shavitz in support of final approval |