| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Justin M. Swartz<br>Deirdre Aaron<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000<br>Facsimile: (212) 977-4005 | **SHAVITZ LAW GROUP, P.A.**<br>Gregg I. Shavitz (admitted *pro hac vice*)<br>1515 South Federal Highway, Suite 404<br>Boca Raton, Florida 33432<br>Telephone: (561) 447-8888<br>Facsimile: (561) 447-8831 |

Jennifer L. Liu
One Embarcadero Center, 38th Floor
San Francisco, California 94111
Telephone: (415) 638-8800
Facsimile: (646) 509-2092

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANA ABOUD, WILLIAM HICKS, MICHAEL POROWSKI, and ALBERT SCHWEIZER, individually and on behalf all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>　　　　　　Defendant. | No. 14 Civ. 2712 (PAC) |

### NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, the Declaration of Justin M. Swartz in Support of Plaintiffs' Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement and the supporting exhibits attached thereto, and the Declaration of Gregg I. Shavitz in Support of Plaintiffs' Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and

Approval of the FLSA Settlement and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1)  awarding Class Counsel attorneys' fees of one-third of the Settlement Fund ($1,266,666.67);

(2)  awarding Class Counsel $19,068.28 in expenses; and

(3)  granting such other, further, or different relief as the Court deems just and proper.

Dated: October 14, 2014
New York, New York

Respectfully submitted,
**OUTTEN & GOLDEN LLP**

/s/ Justin M. Swartz
Justin M. Swartz

Justin M. Swartz
Deirdre Aaron
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005

Jennifer L. Liu
One Embarcadero Center, 38th Floor
San Francisco, California 94111
Telephone: (415) 638-8800
Facsimile: (646) 509-2092

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz (admitted *pro hac vice*)
1515 S. Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888

**Attorneys for Plaintiffs and the Class and Putative Collective**